IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 28 2016 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIVECTIN OPERATING COMPANY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PANDORA BEAUTY a New York Company; SHAPERS BEAUTY SUPPLY COMPANY, a New York Company; PUNDIT K. KOHLI, an individual residing in New York; VANEET K. KOHLI, an individual residing in New York; and JOHN DOES I-X;<br><br>Defendants. | [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS SHAPERS BEAUTY SUPPLY COMPANY, PUNDIT K. KOHLI AND VANEET K. KOHLI<br><br>Civil Action No. CV-14-6421 |

The Court, based upon the pleadings, papers, declarations, and other evidence presented to the Court at the evidentiary hearing held before the Court August 22, 2016, and based upon the failure of Defendants Shapers Beauty Supply Company, Pundit K. Kohli and Vaneet K. Kohli (hereinafter "Defendants") to respond to the Complaint, makes the following findings of fact and conclusions of law:

Beginning in 2002, well prior to the acts complained of herein, and continuing through today Plaintiff's predecessor and later Plaintiff developed STRIVECTIN Products, which have been continuously distributed and sold in interstate commerce and in the State of New York under the STRIVECTIN trademark, in copyrighted packaging that incorporates Plaintiff's unique and distinctive trade dress, and using copyrighted protected photographs.

1. STRIVECTIN is a coined, arbitrary word that was chosen as a trademark due to its uniqueness and high degree of inherent distinctiveness.

2. As a result of the extensive and substantial advertising and sales of cosmetic products under the STRIVECTIN trademark and Plaintiff's maintenance of premium quality standards relating thereto, the mark STRIVECTIN has become exceedingly well and favorably known to the general consuming public throughout the United States and in the State of New York as distinctive indications of origin of Plaintiff's STRIVECTIN Products.

3. StriVectin Operating Company, Inc. is the owner of the STRIVECTIN trademark. Plaintiff and its predecessors have continuously used said marks on and in connection with cosmetic products and in the advertising and sale thereof in interstate commerce since as early as 2002.

4. Plaintiff's predecessor duly registered STRIVECTIN as a trademark for cosmetic products in the United States Patent and Trademark Office under Registration No. 3,175,013, which issued November 21, 2006. StriVectin Operating Company, Inc. is the record owner of Registration No. 3,175,013.

5. Registration No. 3,175,013 is *prima facie* evidence of the validity and ownership thereof and are constructive notice of ownership of the STRIVECTIN mark, as provided by §§ 7(b) and 22 of the Lanham Act, 15 U.S.C. §§ 1057(b) and 1072.

6. The U.S. Copyright for various photographs for STRIVECTIN Products were registered with the U.S. Copyright Office by StriVectin Operating Company, Inc., as set forth below.

| StriVectin Power Trio Kit | 1-1021556251 |
| --- | --- |

| Product | Code |
|---|---|
| Holiday Blockbuster Kit | 1-1023513199 |
| StriVectin-SD - Intensive Concentrate for Stretch Marks & Wrinkles | 1-1023513227 |
| StriVectin-SD 5 oz Intensive Concentrate for Stretch Marks & Wrinkles | 1-1023513255 |
| Sensitive Skin StriVectin-SD Intensive Concentrate for Stretch Marks & Wrinkles - 2 oz | 1-1023513283 |
| StriVectin-AR Advanced Retinol Eye Treatment | 1-1022205104 |
| StriVectin-AR Advanced Retinol Day Treatment | 1-1021627665 |
| StriVectin-AR Advanced Retinol Night Treatment | 1-1022271472 |
| StriVectin-SD Power Serum for Wrinkles | 1-1023379961 |
| StriVectin-EV - Get Even Brightening Serum | 1-1022360341 |
| StriVectin-TL Tightening Face Cream | 1-1023603407 |
| StriVectin-TL Tightening Face Serum | 1-1023603456 |
| StriVectin-EV Get Even Dark Circle Corrector | 1-1023603524 |
| StriVectin-SD Eye Concentrate for Wrinkles - Allure Seal | 1-1023889771 |
| StriVectin -TL Tightening Eye Serum | 1-1023889800 |
| StriVectin-TL Tightening Neck Cream | 1-1023889978 |
| StriVectin-TL Tightening Body Cream - Body/Corps | 1-1023890056 |
| StriVectin-SD Instant Retexturizing Scrub | 1-1023890114 |
| StriVectin-EV Get Even Spot Repair | 1-1023379990 |
| StriVectin-SD Volumizing Hand Treatment | 1-1023890142 |
| StriVectin-SD Intensive Concentrate for Existing Stretch Marks - 6 oz | 1-1023890266 |
| StriVectin-HS Hydro-Thermal Deep Wrinkle Serum | 1-1023890170 |
| StriVectin Instant Moisture Repair | 1-1023890198 |
| StriVectin-WH Photo -White Booster Serum | 1-1023603331 |
| StriVectin-WH Photo-White Spot Repair | 1-1023603359 |
| Sensitive Skin StriVectin-SD Intensive Concentrate for Stretch Marks & Wrinkles | 1-1023890294 |
| StriVectin-SH Replenishing Cleanser | 1-1023981669 |
| StriVectin-WH Photo White Night Cream | 1-1024036010 |
| StriVectin-AR 24 Hour Advanced Retinol System | 1-1348810801 |
| StriVectin Age Delay | 1-1348811148 |
| StriVectin Age Fighting Miracle Set | 1-1348811234 |
| StriVectin Ageless Essentials | 1-1348871390 |
| StriVectin All-Over-Lift | 1-1348871466 |
| StriVectin-AR Advanced Retinol Day Treatment SPF 30 | 1-1348871522 |
| StriVectin-AR Advanced Retinol Eye Treatment | 1-1348871568 |
| StriVectin-AR Advanced Retinol Night Treatment | 1-1348871604 |
| StriVectin-AR Advanced Retinol Concentrated Serum | 1-1348871660 |
| bmr Activator For Lift | 1-1348871696 |
| bmr Arm Lift | 1-1348871732 |

| Product | Code |
|---|---|
| bmr Bottom Lift | 1-1348871798 |
| bmr Facial Toner | 1-1348872024 |
| bmr Tummy Lift | 1-1348872120 |
| StriVectin Clinical Corrector Light (Eye Illuminator) | 1-1348872156 |
| StriVectin Clinical Corrector Medium (Eye Illuminator) | 1-1348872192 |
| StriVectin Clinical Corrector Advanced Anti-Aging Face Tint - Light | 1-1418230271 |
| StriVectin Clinical Corrector Advanced Anti-Aging Face Tint - Medium | 1-1418230308 |
| StriVectin Clinical Corrector Anti-Aging Lip Tint - Pink | 1-1418230374 |
| StriVectin Clinical Corrector Anti-Aging Lip Tint - Plum | 1-1418230550 |
| StriVectin-AR Advanced Daytime Retinol Beauty | 1-1418320606 |
| StriVectin-AR Day to Night Advanced Retinol Treatment | 1-1418320702 |
| StriVectin-EV Even Brighter | 1-1418320748 |
| StriVectin-EV Get Even Dark Circle Corrector | 1-1418320824 |
| StriVectin-EV Get Even Brightening Serum (1.7 oz) | 1-1418320920 |
| StriVectin-EV Get Even Brightening Serum 1 oz | 1-1418321016 |
| StriVectin Eye Openers | 1-1418321132 |
| StriVectin-TL Get Lifted | 1-1418463321 |
| StriVectin Healthy Skin Blockbuster | 1-1418520148 |
| StriVectin LABS Booster Oil | 1-1418520404 |
| StriVectin LABS Extreme Cream | 1-1524757431 |
| StriVectin LABS Anti-Wrinkle Precision Patches & Smoothing Balm | 1-1524757431 |
| StriVectin LABS 5-Minute Weekly Glycolic Peel | 1-1524799597 |
| StriVectin Miracle Multitasker | 1-1524823643 |
| StriVectin Most Wanted Ageless Skin Kit | 1-1524823679 |
| StriVectin-TL Neck Up Lift | 1-1524823715 |
| StriVectin New Beginnings | 1-1524823751 |
| StriVectin Nighttime Miracle Worker | 1-1524823787 |
| StriVectin-AR Nighttime Retinol Repair | 1-1524823853 |
| StriVectin Perfect Start | 1-1524823889 |
| StriVectin Power Couple | 1-1524823925 |
| StriVectin-TL Power Lift | 1-1524823991 |
| StriVectin Power Trio for Wrinkles | 1-1524824027 |
| StriVectin Present Perfect Lavendar | 1-1524824063 |
| StriVectin Present Perfect Pink | 1-1524824109 |
| StriVectin SD Advanced | 1-1593063701 |
| StriVectin SD Advanced 2 oz | duplicate |
| StriVectin Eye Concentrate for Wrinkles | 1-1593063938 |
| StriVectin Volumizing Hand Treatment | 1-1616294301 |

Case 2:14-cv-06421-JFB-GRB   Document 40   Filed 11/28/16   Page 5 of 11 PageID #: 500
Case 2:14-cv-06421-JFB-GRB   Document 37-1   Filed 10/28/16   Page 5 of 12 PageID #: 477

| | |
|---|---|
| StriVectin Potent Wrinkle Reducing Treatment | 1-1616294338 |
| StriVectin SD Advanced Travel | 1-1616316694 |
| StriVectin-SD Eye Concentrate for Wrinkles | 1-1616316730 |
| StriVectin-SD Eye Concentrate for Wrinkles - Travel | 1-1616316766 |
| StriVectin-SD Eye Concentrate for Wrinkles NIA Technology - Travel | 1-1616316802 |
| StriVectin Volumizing Hand Treatment | 1-1616316838 |
| StriVectin-SD Volumizing Hand Treatment 5 oz | 1-1616316874 |
| StriVectin-SD Power Serum for Wrinkles | 1-1616316910 |
| StriVectin-SD Travel | 1-1616316946 |
| StriVectin-SH Overnight Resurfacing Serum | 1-1616316982 |
| StriVectin-SD Instant Retexturizing Scrub | 1-1616317028 |
| StriVectin-TL Skin Tight | 1-1616317094 |
| StriVectin Sun Kit & Eye Bundle | 1-1616317130 |
| StriVectin TaskForce | 1-1616317186 |
| StriVectin The Perfect Duo | 1-1616317222 |
| StriVectin Tightening Trio for Lift | 1-1628632051 |
| StriVectin-TL Tightening Body Cream - Body/Corps | 1-1628794961 |
| StriVectin-TL Tightening Body Cream - Body/Corps Travel Size | 1-1628795018 |
| StriVectin-TL 360 Degree Tightening Eye Serum | 1-1628795224 |
| StriVectin-TL Tightening Face Cream | 1-1628897760 |
| StriVectin-TL Tightening Face Serum | 1-1628897856 |
| StriVectin-TL Tightening Neck Cream | 1-1628897892 |
| StriVectin-TL Tightening Neck Cream 1 oz | duplicate |
| StriVectin-TL Tightening Neck Cream Supersized | duplicate |
| StriVectin-TL Tightening Neck Cream Travel | duplicate |
| StriVectin-TL Total Body | 1-1671694895 |
| StriVectin Wrinkle Fighting Heroes | 1-1671694859 |
| StriVectin Youth Boost | 1-1671694931 |
| StriVectin Youth Patrol | 1-1671694841 |
| StriVectin Age-Fighting Discovery Kit | 1-1671695024 |
| StriVectin Potent Wrinkle Reducing Treatment Serum | duplicate |
| StriVectin Potent Wrinkle Reducing Treatment Packaging | duplicate |
| StriVectin LABS Extreme Cream | 1-1671695080 |

7. StriVectin Operating Company, Inc. has the exclusive license to use the STRIVECTIN trademark and copyrights in connection with StriVectin Products.

Final Judgment and Permanent Injunction
Page 5 of 12

8. Consequently, all use of the trademark STRIVECTIN in connection with cosmetic products and said copyrighted materials by StriVectin Operating Company, Inc. inures to the benefit of StriVectin Operating Company, Inc.

9. Plaintiff has utilized a number of authorized resellers to distribute STRIVECTIN Products. These authorized resellers, who are selected based on their reputation and their proven ability to service customers, are trained in and agree to meet Plaintiff's quality control standards for storing and selling STRIVECTIN Products. Defendants are not authorized resellers or authorized manufacturers of STRIVECTIN Products.

10. In order to control the quality of the STRIVECTIN Products it sells, Plaintiff has developed criteria for its resellers. For example, Plaintiff has entered into agreements with its resellers limiting where and to whom the STRIVECTIN Products may be sold. STRIVECTIN Products are to be sold in high-end retailers (or high end retailers' Websites) with excellent customer service and quality control programs. These retailers have strong customer return policies, which allow customers to return products for a refund if the customer is not satisfied. Plaintiff strictly limits the Websites that can sell its products and the stores where the STRIVECTIN Products may be sold. It prohibits the sale of STRIVECTIN Products on discount websites like Pandorabeauty.com.

**Defendants Shapers Beauty Supply Company, Pundit K. Kohli** ~~and Vaneet K. Kohli~~

11. Notwithstanding Plaintiff's well-known and prior established rights in the STRIVECTIN trademark, Defendants are engaged in the advertising, offering for sale, distribution and illegally diverted STRIVECTIN Products on unapproved websites.

12. Specifically, Defendants' illegally diverted STRIVECTIN Products are offered for sale on Pandorabeauty.com and at the retail store Shapers Beauty. Pandorabeauty.com and Shapers Beauty have poor reputations for customer service, sell low quality products, sell grey market or black market goods, and otherwise harms the reputation of STRIVECTIN Products as a consequence of Pandora Beauty's and Shapers Beauty's sale of STRIVECTIN Products on Pandorabeauty.com and in their retail store.

13. Defendants' actions constitute trademark infringement under § 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), and at common law as Defendants have intentionally engaged in the offering for sale, distribution and sale of illegally diverted and stolen STRIVECTIN Products in interstate commerce and in the State of New York with knowledge that such goods are illegally diverted STRIVECTIN Products.

14. Defendants have intentionally used and are using stolen and illegally diverted STRIVECTIN Products for the purpose of exploiting and trading upon the substantial goodwill and reputation of Plaintiff, symbolized by the STRIVECTIN trademark and to enable Defendants to misrepresent their products as emanating from or otherwise being approved by Plaintiff.

15. Defendants' use of the STRIVECTIN trademark in the advertising, offering for sale, distribution and sale of cosmetic products caused the public to believe, contrary to fact, that the cosmetic products are otherwise manufactured, sponsored or approved by Plaintiff. Defendants' use of the trademark STRIVECTIN accordingly infringes Plaintiff's exclusive rights in the STRIVECTIN trademark under § 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), and at common law.

16. Defendants had actual knowledge of Plaintiff's prior use of and exclusive rights in the STRIVECTIN trademark when they began the advertising, offering for sale, distribution and sale of the STRIVECTIN Products, and thus have willfully and deliberately infringed Plaintiff's exclusive trademark rights.

17. Defendants are engaged in acts of unfair competition under § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and at common law.

18. Defendants' advertising, offering for sale and sale of illegally diverted STRIVECTIN Products utilizing illegal reproductions of copyright protected photographs in the manner hereinabove set forth, constitutes the use of a false designation of origin within the meaning of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), which is likely to confuse or deceive the public as to the source, sponsorship and approval of said products, thereby causing Plaintiff immediate and irreparable damage.

19. Defendants' use of pandorabeauty.com, the internet and store locations to sell illegally diverted STRIVECTIN Products and falsely advertising that Defendants are selling approved STRIVECTIN Products in an approved manner, is in violation of the Lanham Act § 43 (a)(1), 15 U.S.C. § 1125 (a)(1).

20. Defendants are engaged in acts of copyright infringement under § 501 of the Copyright Act, 17 U.S.C. § 501.

21. Defendants are using copyright protected photographs to sell their illegally diverted STRIVECTIN Products, in violation of Plaintiff's exclusive rights created by § 106 of the Copyright Act, 17 U.S.C. § 106, and thus constitutes willful copyright infringement under § 501 of the Copyright Act, 17 U.S.C. § 501.

22. Defendants have intentionally interfered with Plaintiff's existing and prospective relationships.

23. Plaintiff currently has contracts and business relations with authorized product manufacturers and authorized resellers relating to the manufacture, distribution, marketing and sale of authentic STRIVECTIN Products that are beneficial and of high value to Plaintiff.

24. Defendants are aware of Plaintiff's contracts and business relations with authorized product manufacturers and authorized resellers relating to the manufacture, distribution, marketing and sale of authentic STRIVECTIN Products.

25. Defendants' unlawful advertising, offering for sale and sale of illegally diverted STRIVECTIN Products have intentionally interfered with Plaintiff's existing and potential business.

Accordingly, it is hereby ORDERED as follows:

1. Defendants SHAPERS BEAUTY SUPPLY COMPANY and PUNDIT K. KOHLI ~~and VANEET K. KOHLI~~ and each of their respective agents, suppliers, employees, servants, attorneys, successors and assigns, and all others in privity or acting in concert therewith, be permanently enjoined from:

   (a) Using any version of the trademark STRIVECTIN for the sale of any products on pandorabeauty.com, at the retail store Shapers Beauty, or online;

   (b) Using any version of the trademark STRIVECTIN, or any reproduction, counterfeit, copy or colorable imitation of the STRIVECTIN mark, or any other of Plaintiff's marks in any manner;

(b) Competing unfairly with Plaintiff or otherwise injuring Plaintiff's business reputation in the manner complained of herein;

(c) Advertising that Defendants are selling STRIVECTIN and/or any other of Plaintiff's products;

(d) Infringing Plaintiff's protected copyrighted materials; and

(e) Intentionally interfering with Plaintiff's existing and prospective business relations.

2. Defendants will be permanently restrained from manufacturing, importing, offering for sale, distributing, selling and/or otherwise disposing of any STRIVECTIN product, product inserts and product packaging, or any other of Plaintiff's products.

3. Defendants shall cease operating the pandorabeauty.com website.

4. Defendants shall return to Plaintiff for destruction all StriVectin-branded product currently offered for sale on any platform operated by Defendants

5. Defendants shall not engage in any spoliation, tampering, damage, deletion, disposition, or destruction of any records, documents, or data, whether electronically stored or otherwise, including but not limited to paper copies, electronic copies, product packaging, product labeling or otherwise, which relate in any way to the manufacture, purchase, offering for sale, advertising, distribution and/or sale of any counterfeit STRIVECTIN dietary supplements.

6. Defendants shall immediately turn over all products, materials, or any other thing bearing a trademark or copyright of any other of Plaintiffs' products.

The Court enters the following JUDGMENT:

$1,000,000 in statutory damages jointly and severally against Defendants pursuant to 15 U.S.C. § 1117 for Defendants trademark infringement and 17 U.S.C § 504 for Defendants copyright infringement.

DATED this 28th day of November, 2016, at Centrl Islip, NY

BY THE COURT:

*Joseph Bianco*
United States District Judge