UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 03 2017 ★
LAND OFFICE

| | |
|---|---|
| STRIVECTIN OPERATING COMPANY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PANDORA BEAUTY a New York Company; SHAPERS BEAUTY SUPPLY COMPANY, a New York Company; PUNDIT K. KOHLI, and individual residing in New York; VANEET K. KOHLI, an individual residing in New York; and JOHN DOES I-X;<br><br>Defendants. | [PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF DISCONTINUANCE WITHOUT PREJUDICE AS TO DEFENDANTS VANEET K. KOHLI AND PANDORA BEAUTY<br><br>Civil Action No. 2:14-cv-06421 |

JOSEPH F. BIANCO, District Judge:

The Court, having considered Plaintiff's Notice of Discontinuance Without Prejudice as to Defendants Vaneet K. Kohli and Pandora Beauty, hereby ORDERS as follows:

**Defendants Vaneet K. Kohli and Pandora Beauty, a New York Company, are dismissed from this action without prejudice.**

DATED this 3rd day of February, 2017.

*The plaintiff shall serve this Order on defendant Vaneet K. Kohli. The Clerk of the Court shall close the case.*

SO ORDERED.

Joseph Bianco

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE